# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

RHONDA KAY STEWART *et al.*                                               PLAINTIFFS

V.                              NO: 5:11CV00179 JMM/HDY

SHERRY A. CONRAD *et al.*                                                 DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 27th day of July, 2011.


_____
UNITED STATES DISTRICT JUDGE