IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RHONDA KAY STEWART *et al.*                                                                 PLAINTIFFS

V.                              NO: 5:11CV00179 JMM/HDY

SHERRY A. CONRAD *et al.*                                                                    DEFENDANTS

**ORDER**

Plaintiffs Rhonda Kay Stewart, Sandra Stewart, Kimberly Ledeatte, Lister, Kemetra Britt, Bernice Stewart, Victor Smith, Najee Muhammad Mustafa, Doris Proctor, Tamra Nofsinger, Shahida Mustafa, and Terrance Proctor, filed this *pro se* complaint, pursuant to 42 U.S.C. § 1983, on July 12, 2011.

Construing the complaint liberally, the Court concludes that, for screening purposes, Plaintiff Terrance Proctor states a cognizable claim for relief under 42 U.S.C. § 1983 against Defendants Sherry A. Conrad, L. Malone, Tonya M. Hill, Tammy K. Rochelle, Carolyn J. Bennett, Sedrick Franklin, Nelson, James Banks, Charles Freyder, F. Walker, James Gibson, Jared Byers, John Blankenship, Joanna Franklin, Keith Waddle, Minnie L. Drayer, Justine Minor, Barbara Smallwood, Larry Norris, Ronald Dobbs, Larry May, Wendy Kelley, Daryl Gardner, John Spears, Ray Hobbs, and Tiffany Compton, and will therefore order service of the complaint, as well as Plaintiff's pending motion for a temporary restraining order, upon them.

IT IS THEREFORE ORDERED THAT service is appropriate on Defendants Sherry A. Conrad, L. Malone, Tonya M. Hill, Tammy K. Rochelle, Carolyn J. Bennett, Sedrick Franklin, Nelson, James Banks, Charles Freyder, F. Walker, James Gibson, Jared Byers, John Blankenship, Joanna Franklin, Keith Waddle, Minnie L. Drayer, Justine Minor, Barbara Smallwood, Larry Norris,

Ronald Dobbs, Larry May, Wendy Kelley, Daryl Gardner, John Spears, Ray Hobbs, and Tiffany Compton, and the United States Marshal is directed to serve a copy of the complaint (docket entry #1), motion for a temporary restraining order and declaration in support (docket entries #15 & #16), this order, and summons, upon them, without prepayment of fees and costs or security therefor.

DATED this   23   day of August, 2011.

_____
UNITED STATES MAGISTRATE JUDGE