**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

RHONDA KAY STEWART *et al.*                                                              PLAINTIFFS

V.                                    NO: 5:11CV00179 JMM/HDY

SHERRY A. CONRAD *et al.*                                                              DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. The motion to dismiss parties filed by Terrance Proctor is DENIED.

2. The motion for reconsideration filed by Terrance Proctor is DENIED.

3. The claims of all Plaintiffs except for the claims of Terrance Proctor are DISMISSED WITHOUT PREJUDICE.

4. All of Terrance Proctor's claims, except those related claims involving mail tampering, retaliation, and conspiracy, are DISMISSED WITH PREJUDICE.

5. Terrance Proctor's claims against Defendant Cymber Gieringer are DISMISSED WITH PREJUDICE.

DATED this 12th day of September, 2011.

                                                                                          _____
                                                                                          UNITED STATES DISTRICT JUDGE