# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

RHONDA KAY STEWART *et al.*                                                    PLAINTIFFS

V.                              NO: 5:11CV00179 JMM/HDY

SHERRY A. CONRAD *et al.*                                                     DEFENDANTS

## **ORDER**

Plaintiff Terrance Proctor filed this complaint on July 12, 2011, and service was ordered.[1] On September 14, 2011, the summons was returned unexecuted as to Defendant Tammy K. Rochelle (docket entry #35). Service had been attempted in the care of the Arkansas Department of Correction, but was returned because Rochelle is no longer employed there. However, Rochelle's last known address was provided and filed under seal. Accordingly, service will be attempted at that address.

IT IS THEREFORE ORDERED THAT:

1. Rochelle's last known address shall not be made part of any public record.

2. The Clerk of the Court shall prepare a summons for Rochelle, and the United States Marshal is hereby directed to serve a copy of the summons and complaint (docket entry #1), motion for a temporary restraining order and declaration (docket entries #15 & #16), and this order, on Rochelle, at the addresses provided under seal, without prepayment of fees and costs or security therefor.

3. Upon re-issuance of the summons and complaint, the United States Marshal is hereby

---

[1] This case originally had a number of other Plaintiff in addition to Terrance Proctor. However, the claims of all other Plaintiffs were dismissed by United States District Judge James M. Moody on September 12, 2011.

directed to send Plaintiff's copy of process to the Clerk of the Court, who shall then remove Rochelle's address prior to forwarding a copy to Plaintiff.

DATED this  14   day of September, 2011.

_____
UNITED STATES MAGISTRATE JUDGE