**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

RHONDA KAY STEWART *et al.*                                                                 PLAINTIFFS

V.                             NO: 5:11CV00179 JMM/HDY

SHERRY A. CONRAD *et al.*                                                                    DEFENDANTS

**ORDER**

The Clerk is directed to change the style of the case to reflect the correct names of Defendants Warren Walker, Jarad Byers, Lasaundra Malone, and Tanya Hill, as set forth in their counsel's notice of appearance (docket entry #66).

IT IS SO ORDERED this __22__ day of September, 2011.

_____
UNITED STATES MAGISTRATE JUDGE