**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

RHONDA KAY STEWART *et al.*                                                                PLAINTIFFS

V.                                    NO: 5:11CV00179 JMM/HDY

SHERRY A. CONRAD *et al.*                                                                DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT the motion for a temporary restraining order filed by Plaintiff Terrance Proctor (docket entry #15) is DENIED.

DATED this 11th day of October, 2011.

*[signature]*
UNITED STATES DISTRICT JUDGE