**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

RHONDA KAY STEWART *et al.*                                                               PLAINTIFFS

V.                                   NO: 5:11CV00179 JMM/HDY

SHERRY A. CONRAD *et al.*                                                                DEFENDANTS

**ORDER**

In response to the Court's order of December 1, 2011 (docket entry #88), and in anticipation of the pre-jury evidentiary hearing scheduled for March 5, 2012, at 9:30 a.m., in Room #2B, of the Richard Sheppard Arnold United States Courthouse in Little Rock, Arkansas; Plaintiff has submitted a proposed witness list requesting six witnesses other than himself (docket entry #92). The Court notes that the evidentiary hearing to be conducted is limited in scope. Due to this limited scope, the Court concludes that Plaintiff's requested witnesses should be denied.

IT IS THEREFORE ORDERED THAT:

1.     Due to the limited nature of the evidentiary hearing, all of Plaintiff's proposed witnesses are denied.

2.     The Arkansas Department of Correction is directed to ensure Plaintiff's attendance at the hearing, and to bring Plaintiff's institutional and medical records to the hearing.

IT IS SO ORDERED this   29   day of February, 2012.

                                                                         _____
                                                                         UNITED STATES MAGISTRATE JUDGE