**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

RHONDA KAY STEWART *et al.*                                            PLAINTIFFS

V.                      NO: 5:11CV00179 JMM/HDY

SHERRY A. CONRAD *et al.*                                            DEFENDANTS

## ORDER

At the pre-jury evidentiary hearing held in this matter on March 5, 2012, Plaintiff Terrance Proctor submitted for filing a motion to dismiss certain parties and claims. Counsel for Defendants obtained the motion for use during the hearing, and apparently returned it to Plaintiff. For the motion to be considered, it must be filed. Accordingly, Plaintiff is directed to file the motion no later than March 15, 2012.

IT IS SO ORDERED this __5__ day of March, 2012.

_____
UNITED STATES MAGISTRATE JUDGE