**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

RHONDA KAY STEWART *et al.*                                                                                       PLAINTIFFS

V.                          NO: 5:11CV00179 JMM

SHERRY A. CONRAD *et al.*                                                                                         DEFENDANTS

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice respect to Plaintiff's mail interference, retaliation, and conspiracy, claims against Defendants Charles Freyder, Sedrick Franklin, Lasaundra Malone, Nelson, Jarad Byers, Keith Waddle, Minnie Drayer, Justine Minor, Larry Norris, John Blankenship, Wendy Kelley, Ronald Dobbs, and Barbara Smallwood, and with prejudice in all other respects; the relief sought is denied.

DATED this <u>24th</u> day of April, 2012.

                                                           _____
                                                           UNITED STATES DISTRICT JUDGE