IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RHONDA KAY STEWART, et al**                                                              **PLAINTIFFS**

**V.**                                  **5:11CV00179 JMM**

**SHERRY A. CONRAD, et al**                                                                **DEFENDANTS**

## ORDER

On March 19, 2012, United States Magistrate H. David Young filed his Report and Recommendations in this case.  Judge Young recommended that Plaintiff's motion to voluntarily dismiss his claims against certain defendants be granted.  Judge Young also recommended that Plaintiff's complaint be dismissed with prejudice in all other respects for failure to introduce sufficient evidence to create a fact issue to be submitted to a jury.  Plaintiff requested additional time to file Objections to Judge Young's report which was granted.  On April 23, 2012, the Court received Plaintiff's Motion for Reconsideration and Motion for Copies.  The Court reviewed the record de novo including in the review the motions filed by the Plaintiff.  The Court adopted Judge Young's Recommendations on April 24, 2012, denied Plaintiff's Motion for Reconsideration and Motion for Copies.  On April 30, 2012, the Court received another Motion for Reconsideration from the Plaintiff and an affidavit.

Upon reconsideration, the Court will grant Plaintiff's motion for copies of his filed pleadings (ECF No. 125, 126, 127, 135, 136, 140, and 141).  The Clerk is directed to mail a copy of these pleadings to the Plaintiff.  The Motion for Reconsideration (ECF No. 14) is DENIED for the same reasons set forth in the Court's April 24, 2012 Order (ECF No. 137).

IT IS SO ORDERED this 1st day of May, 2012.

_____
James M. Moody
United States District Judge